# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID W. FRAME,

      Plaintiff,

v.                                  CASE NO.  4:09cv458-RH/WCS

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 9).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on March 5, 2010.

s/Robert L. Hinkle_____
United States District Judge